570 A.2d 962

CARL O. & MILDRED JOHNSON v. THOMAS R. MACMILLAN AND THE PUFFER AGENCY, INC., ETC., AND SELECTIVE RISKS INSURANCE COMPANY.

October 23, 1989.

The matter is summarily remanded to the Appellate Division to reconsider the stacking issue in the light of the arguments asserted in defendant's petition for certification.

Jurisdiction is retained. (See 233 *N.J.Super.* 56, 558 *A.*2d 24)

570 A.2d 962

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. CHRISTINA M. VAHLSING, ET AL. AND CONRAD VAHLSING, ET AL.

October 23, 1989.

Petition for certification denied.

570 A.2d 962

IN THE MATTER OF THE SAYREVILLE BOARD OF EDUCATION AND SAYREVILLE EDUCATION ASSOCIATION.

October 23, 1989.

Petition for certification denied.